UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENERAL HOSPITAL SUPPLY CORPORATION<br>            Plaintiff,<br>vs.<br>CYGNUS MEDICAL L.L.C.,<br>MADISON POLYMERIC ENGINEERING, INC., and<br>WALTER L. MAGUIRE, JR.<br>            Defendants. | Civil Action No. 3:05-CV-1352-RNC<br><br><br><br><br><br><br><br>December 29, 2005 |

### JOINT STIPULATON OF DISMISSAL

The parties hereto, acting by their respective counsel, hereby withdraw the Complaint in the above-identified Civil Action without prejudice, each party to bear its own costs and attorneys' fees.

Pursuant to a Settlement Agreement executed by Defendants on November 30, 2005, the Court shall retain jurisdiction over the parties for the purpose of enforcing the terms of the Settlement Agreement.

| | |
|---|---|
| GENERAL HOSPITAL SUPPLY, a corporation | Cygnus Medical L.L.C., a Limited Liability Company, Madison Polymeric Engineering, Inc., a corporation, and Walter L. Maguire, Jr. an individual |
| /s   Brian R. Pollack | /s   Fritz L. Schweitzer, III |
| By:_____<br>    Brian R. Pollack, Esq.<br>    Edwards & Angell, LLP<br>    Three Stamford Plaza<br>    301 Tresser Boulevard<br>    Stamford, CT 06901<br>    Telephone: (203) 353-6831<br>    Facsimile: (203) 975-7180<br>    Counsel for Plaintiff | By:_____<br>    Fritz L. Schweitzer III<br>    Schweitzer Cornman Gross & Bondell, LLP<br>    292 Madison Avenue<br>    New York, NY 10017<br>    Telephone: (646) 424-0770<br>    Facsimile: (646) 424-0880<br>    Counsel for Defendants |

SO ORDERED

By:_____
    Honorable Warren W. Eginton
    United States District Court Judge

Date:_____

## CERTIFICATE OF SERVICE

I certify that on December 29, 2005, a true copy of this JOINT STIPULATION OF DISMISSAL was served by first class mail, postage prepaid upon:

**Brian R. Pollack**
Edwards & Angell
Three Stamford Plaza
301 Tresser Boulevard, 13th FL.
Stamford, CT 06901

**Scott D. Wofsy**
Edwards & Angell
Three Stamford Plaza
301 Tresser Boulevard
Stamford, CT 06901

_____
Fritz L. Schweitzer III