UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENERAL HOSPITAL SUPPLY CORPORATION<br>Plaintiff,<br><br>vs.<br><br>CYGNUS MEDICAL L.L.C.,<br><br>MADISON POLYMERIC ENGINEERING, INC., and<br><br>WALTER L. MAGUIRE, JR.<br><br>Defendants. | Civil Action No. 3:05-CV-1352-RNC<br><br><br><br><br><br><br><br><br><br><br><br>December 29, 2005 |

### JOINT STIPULATON OF DISMISSAL

The parties hereto, acting by their respective counsel, hereby withdraw the Complaint in the above-identified Civil Action without prejudice, each party to bear its own costs and attorneys' fees.

Pursuant to a Settlement Agreement executed by Defendants on November 30, 2005, the Court shall retain jurisdiction over the parties for the purpose of enforcing the terms of the Settlement Agreement.

December 30, 2005. Approved. So ordered.

| | |
|---|---|
| GENERAL HOSPITAL SUPPLY, a corporation | Cygnus Medical L.L.C., a Limited Liability Company, Madison Polymeric Engineering, Inc., a corporation, and Walter L. Maguire, Jr. an individual |
| /s   Brian R. Pollack | /s   Fritz L. Schweitzer, III |
| By:_____<br>Brian R. Pollack, Esq.<br>Edwards & Angell, LLP<br>Three Stamford Plaza<br>301 Tresser Boulevard<br>Stamford, CT 06901<br>Telephone: (203) 353-6831<br>Facsimile: (203) 975-7180<br>Counsel for Plaintiff | By:_____<br>Fritz L. Schweitzer III<br>Schweitzer Cornman Gross & Bondell, LLP<br>292 Madison Avenue<br>New York, NY 10017<br>Telephone: (646) 424-0770<br>Facsimile: (646) 424-0880<br>Counsel for Defendants |